**Ralph Anthony DIAZ, Sr.,**
**Plaintiff–Appellant,**

v.

**WASHINGTON COUNTY DETENTION CENTER; First Sergeant Blair; D. Logan, Deputy; Sergeant Weicht; Sergeant Whittington, Defendants–Appellees.**

No. 01–6181.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

Ralph Anthony Diaz, Sr., pro se.

Michael Gerard Comeau, John Trahey Beamer, II, Law Offices of Michael G. Comeau, Baltimore, MD, for appellees.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Ralph Anthony Diaz, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Diaz v. Washington County Detention Ctr.*, No. CA-00-2179-S (D.Md. filed Jan. 9, 2001; entered Jan. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*